## Robert A. Childs and James Pease, Sheriff, etc., v. Wilhelmina Schmidt.

Interlocutory appeal from Circuit Court of Cook County.

PER CURIAM.

We are of opinion that the bill is not properly verified. The order granting the injunction will therefore be reversed and the cause remanded, with directions to the Circuit Court to dissolve the injunction.

CHILDS & HUDSON, attorneys for appellants.

VOCKE & HEALY and WORTH E. CAYLOR, attorneys for appellee.